Format for Pro Hac Vice Motion (Rev. 1/05)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MICHAEL GEORGE, Plaintiff )
v. )   Civil Action No.    0 8 - 4 3 5
TERESA JACKSON, Defendant )
GEORGE MOORE,III Defendant )

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of ___Daniela Dwyer, Esq.___ to represent ___Michael George___ in this matter.

Signed:

(Movant's Name and Delaware State Bar Identification Number)
(Movant's Address)
(Movant's Telephone Number)

Attorney for: ___Michael George, Plaintiff___

Date: ___July 11, 2008___

James G. McGiffin, Jr., Esq.
DE State Bar ID #2399
Community Legal Aid Society,
Inc.
840 Walker Road
Dover, Delaware 19904
Tel. No. (302)674-8500
Fax No. (302)674-8145
jmcgiffin@declasi.org

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____          _____
                                       United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of ___Maryland___ and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Signed: _____

Date: ___July 11, 2008___

(Applicant's Address)

Daniela Dwyer, Esq.
Legal Aid Bureau, Inc.
Farmworker Division
500 E. Lexington Street
Baltimore, Maryland 21202
Tel. No. (410)951-7815
Fax No. (410)685-6951
ddwyer@mdlab.org