IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MICHAEL GEORGE, :

    Plaintiff, :

v. : Civil Action No. 08-435 GMS-LPS

TERESA JACKSON, et al., :

    Defendants. :

### ORDER ADOPTING MAGISTRATE JUDGE'S
### RECOMMENDATION ABSENT TIMELY OBJECTION

This Order is issued upon consideration of the Report and Recommendation of United States Magistrate Judge Leonard P. Stark issued on August 3, 2009 (D.I. 17), and upon the expiration of the time allowed for objections pursuant to Rule 72 of the Federal Rules of Civil Procedure with no objection having been received.

Accordingly, 3rd day of Sept, 2009, by the United States District Court for the District of Delaware, it is ORDERED that:

1. Magistrate Judge Stark's Report Recommendation is hereby ADOPTED; and

2. The defendants' motions to dismiss (D.I. 5, D.I. 6) are DENIED.

                                                                       _____
                                                                       CHIEF, UNITED STATES DISTRICT JUDGE